UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ECHELON, LLC and LEE & HAYES, PLLC,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF THE ARMY,<br><br>    Defendant. | No. CV-12-391-RHW<br><br>**ORDER GRANTING STIPULATION FOR DISMISSAL** |

Before the Court is the parties' Stipulation for Dismissal, ECF No. 19. The parties ask that the Court dismiss the above-entitled action, with prejudice and with each party bearing its own fees, costs, and expenses.

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation for Dismissal, ECF No. 19, is **GRANTED**.

2. The claims asserted in the above-entitled action is **DISMISSED** with prejudice and with each party bearing its own fees, costs, and expenses.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this order, provide copies to counsel, and close the file.

**DATED** this 24th day of April, 2013.

*s/Robert H. Whaley*
ROBERT H. WHALEY
United States District Judge

Q:\RHW\aCIVIL\2012\Echelon\Dismissal.ord.wpd

**ORDER GRANTING STIPULATION FOR DISMISSAL**~ 1